### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-70103-JAD |
| **Blair Lockett** | : | |
| Debtor | : | CHAPTER 13 |
| **Blair Lockett** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Blair Lockett**, hereby state as follows:

1. I am starting a full-time job with LJF Trucking Inc. as a truck driver beginning May 23, 2022, and I expect to earn average wages of $ 3,033.33 per month.

2. I receive food stamps in the amount of $345.00 per month.

3. Prior to this I was unemployed and stopped getting unemployment compensation in September 2021.

4. I am in the process of filing my 2021 tax return and will provide a copy to the trustee as soon as it is available.

5. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: May 23, 2022                                              /s/ **Blair Lockett**
                                                                                    **Blair Lockett**
                                                                                    Debtor