**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | BLAIR A. LOCKETT a/k/a : | CHAPTER 13 |
| | BLAIR A. LOCKETT, JR.    : | |
| | : | |
| | : | CASE NO. 22-70103 |
| | : | |
| | **Debtor**    : | |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Pursuant to Federal Rules of Bankruptcy Procedure 2002(a), 9007 and 9010b, please enter my appearance on behalf of Decatur Township, a creditor and/or an interested party in the above-captioned case.

Kindly add my office to the mailing Matrix and send all notices to the following address:

Evey Black Attorneys
Jeffrey A. Muriceak, Esquire
401 Allegheny Street
P.O. Box 415
Hollidaysburg, PA 16648
Telephone:  814 695 7581
Fax:  814 695 1750
E-mail:  jmuriceak@eveyblack.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand not only includes notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices and any application, motion or petition, pleading, requests, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone telegraph, telex, facsimile, or otherwise, which affects the Debtor or the property of the Debtor.

Respectfully submitted,

EVEY BLACK ATTORNEYS

By    Jeffrey A. Muriceak, Esquire /s/
Jeffrey A. Muriceak, Esquire
PA I.D. # 76013
401 Allegheny Street
P.O. Box 415
Hollidaysburg, PA 16648

Dated:  08/26/2022

## **DECLARATION IN LIEU OF AFFIDAVIT**

Regarding Request to be Added to the Mailing Matrix

    I am the Attorney for Decatur Township, a creditor or party-in-interest in the above-captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and that there are no other requests to receive notices on behalf of this creditor.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on 08/26/2022.

                                                      EVEY BLACK ATTORNEYS

                                                      By     Jeffrey A. Muriceak, Esquire /s/
                                                              Jeffrey A. Muriceak, Esquire
                                                              PA I.D. # 76013
                                                              401 Allegheny Street
                                                              P.O. Box 415
                                                              Hollidaysburg, PA 16648

Dated: 08/26/2022