Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Blair A. Lockett** : Case No. 22−70103−JAD
**aka Blair A. Lockett Jr.** : Chapter: 13
*Debtor(s)* :
:
:
:
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 7th of October, 2022,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 22-70103-JAD

Blair A. Lockett      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2

Date Rcvd: Oct 07, 2022      Form ID: 309      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Blair A. Lockett, 147 Horton Street, Philipsburg, PA 16866-8566 |
| cr | + | Decatur Township, 575 Fairview Road, Osceola Mills, PA 16666-1708 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Oct 08 2022 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15483781 | | EDI: AIS.COM | Oct 08 2022 03:43:00 | American Info Source Lp, Post Office Box 248848, Oklahoma City, OK 73124-8848 |
| 15483782 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 07 2022 23:46:00 | Credit Corp Solutions, 121 S Election Rd, Draper, UT 84020 |
| 15469514 | | EDI: DIRECTV.COM | Oct 08 2022 03:43:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15483783 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 07 2022 23:46:00 | Goldman Sachs Bank, 200 West Street, New York, NY 10282-2198 |
| 15469645 | | EDI: AIS.COM | Oct 08 2022 03:43:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 15466910 | + | Email/Text: collectionsbk@glcu.org | Oct 07 2022 23:46:00 | Great Lakes FCU, 2525 Green Bay Road, North Chicago, IL 60064-3012 |
| 15483785 | ^ | MEBN | Oct 07 2022 23:42:09 | KML Law Group, BNY Mellon Independence Center, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 15483786 | | Email/Text: camanagement@mtb.com | Oct 07 2022 23:46:00 | M&T BANK, PO Box 62182, Baltimore, MD 21264 |
| 15483787 | + | Email/Text: camanagement@mtb.com | Oct 07 2022 23:46:00 | M&T BANK, PO Box 900, Baltimore, MD 21264-0001 |
| 15477586 | + | Email/Text: camanagement@mtb.com | Oct 07 2022 23:46:00 | M&T Bank, PO Box1508, Buffalo, NY 14240-1508 |
| 15483788 | | EDI: PRA.COM | Oct 08 2022 03:43:00 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 15479784 | | EDI: PRA.COM | Oct 08 2022 03:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15472238 | | EDI: Q3G.COM | Oct 08 2022 03:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15483789 | + | Email/Text: bankruptcyteam@quickenloans.com | | |

| Recip ID | | Bypass/Notice Method | Date | Name and Address |
|---|---|---|---|---|
| | | | Oct 07 2022 23:46:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15471216 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 07 2022 23:46:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15483790 | + | EDI: RMSC.COM | Oct 08 2022 03:43:00 | SYNCB, PO BOX 965015, Orlando, FL 32896-5015 |
| 15467121 | + | EDI: RMSC.COM | Oct 08 2022 03:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15483791 | + | EDI: VERIZONCOMB.COM | Oct 08 2022 03:43:00 | Verizon, 500 Technology Drive Suite 30, Weldon Spring, MO 63304-2225 |
| 15484864 | | EDI: AIS.COM | Oct 08 2022 03:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15483784 | *+ | Great Lakes FCU, 2525 Green Bay Road, North Chicago, IL 60064-3012 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Jeffrey A. Muriceak | on behalf of Creditor Decatur Township jmuriceak@eveyblack.com choover@eveyblack.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Blair A. Lockett ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5